IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00540-RBJ-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**SERGIO J. CRUZ**,

       Defendant.

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

The defendant, Sergio Cruz, through undersigned counsel, David Kraut, respectfully requests that Docket Number 35 be restricted at Level 2. The government does not oppose this request.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:    (303) 294-7002
FAX:       (303) 294-1192
Email:      David_Kraut@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2020, I filed the foregoing **UNOPPOSED MOTION TO RESTRICT ACCESS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Anna K. Edgar, Assistant United States Attorney
E-mail:  Anna.Edgar@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Sergio J. Cruz (via U.S. mail)
Reg. No. 98484-080

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:    (303) 294-7002
FAX:            (303) 294-1192
Email:          David_Kraut@fd.org
Attorney for Defendant