IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00540-RBJ-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**SERGIO J. CRUZ**,

        Defendant.

## BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS

The defendant, Sergio Cruz ("Mr. Cruz"), through undersigned counsel, David Kraut, respectfully requests that Docket Number 35 be restricted at Level 2. In support of this request, Mr. Cruz states as follows:

1. The Court has authority to seal documents upon a showing of compelling reasons. See D.C.COLO.LCrR 47.1(A). Such compelling reasons exist in this case.

2. The Notice of Mr. Cruz's Position on Supervised Release Violations and Sentencing includes information and exhibits that contain Mr. Cruz's personal protected health information.

3. Due to the nature of this information and these exhibits, Mr. Cruz requests that this pleading (Doc. No. 35) be restricted at Level 2.

4. The parties have conferred and the government does not oppose this request.

WHEREFORE, Mr. Cruz, through counsel, respectfully requests that the Court restrict Docket Number 35 to Level 2 access, pursuant to Federal Rule of Criminal Procedure 47.1.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:             (303) 294-1192
Email:           David_Kraut@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I filed the foregoing **BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Anna K. Edgar, Assistant United States Attorney
E-mail:  Anna.Edgar@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Sergio J. Cruz (via U.S. mail)
Reg. No. 98484-080

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:             (303) 294-1192
Email:           David_Kraut@fd.org
Attorney for Defendant